IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-0306-REB-BNB

RICHARD CAMPFIELD, individually and d/b/a ULTRA BOND LICENSING, and d/b/a
ULTRA BOND WINDSHIELD REPAIR AND REPLACEMENT; and
ULTRA BOND, INC., a California corporation authorized to do business in Colorado,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation;
and
LYNX SERVICES, L.L.C., formerly known as LYNX SERVICES FROM PPG, L.L.C., a
Kansas limited liability company,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **State Farm's Motion to Strike and Exclude Testimony By Late-Designated Expert Witnesses** (the "State Farm Motion"), filed June 30, 2005; and

(2) **Lynx Services, L.L.C.'s, Joinder In Defendant State Farm Mutual Automobile Insurance Company's Motion to Strike and Exclude Testimony By Late Designation of Expert Witnesses** (the "Lynx Motion"), filed July 6, 2005.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the State Farm Motion and the Lynx Motion are DENIED.

IT IS FURTHER ORDERED that the discovery cut-off date is extended to and including **September 1, 2005**, solely to allow the defendants to depose John Oreolt.  The plaintiffs shall

make Mr. Oreolt available for deposition at a date and time as the parties may agree, but in any event not later than September 1, 2005.

Dated July 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge