IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-306-REB-BNB

RICHARD CAMPFIELD, individually and d/b/a ULTRA BOND LICENSING, and d/b/a ULTRA BOND WINDSHIELD REPAIR AND REPLACEMENT; and
ULTRA BOND, INC., a California corporation authorized to do business in Colorado,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; and
LYNX SERVICES, L.L.C., formerly known as LYNX SERVICES FROM PPG, L.L.C., a Kansas limited liability company,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to File Several Exhibits Accompanying State Farm's Motion for Summary Judgment and Supporting Brief Under Seal, docket entry no. 139, and Uncontested Motion to Seal Two Exhibits to Defendant Lynx Services, LLC's Motion and Supporting Brief for Summary Judgment on All Remaining Claims, docket entry no. 150** (the "Motions"), both filed on July 28, 2005.

IT IS ORDERED that the Motions are GRANTED and the listed documents are to remain under seal.


DATED:  August 4, 2005