IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00306-REB-BNB

RICHARD CAMPFIELD, individually and d/b/a ULTRA BOND LICENSING, and d/b/a
ULTRA BOND WINDSHIELD REPAIR AND REPLACEMENT; and
ULTRA BOND, INC., a California corporation authorized to do business in Colorado,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; and
LYNX SERVICES, L.L.C., formerly known as LYNX SERVICES FROM PPG, L.L.C., a Kansas limited liability company,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Motion to Compel Discovery Responses As To Defendant LYNX Services, L.L.C.** (the "Motion"), filed July 22, 2005. I held a hearing on the Motion today and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Defendant LYNX shall provide the following discovery to the plaintiffs on or before **August 30, 2005**:

1.      All documents containing the names, addresses, and telephone numbers of customer service representatives ("CSRs") of LYNX who have handled State Farm windshield claims, limited to CSRs currently employed by LYNX or who have been employed by LYNX in the past 12 months; and

2.      The identity of all current CSRs and all persons who have worked as CSRs in the

past 12 months employed by LYNX whose job duties included communication with State Farm insureds about glass claims.

      IT IS FURTHER ORDERED that the request for sanctions by LYNX is DENIED.

      Dated August 10, 2005.

                              BY THE COURT:

                              /s/ Boyd N. Boland
                              United States Magistrate Judge