IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cv-00306-REB-BNB

RICHARD CAMPFIELD; and
ULTRA BOND, INC.,
    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and
LYNX SERVICES, L.L.C.,
    Defendants.

## JOINT PROPOSED ORDER FOR CASE MANAGEMENT DEADLINES

Plaintiffs Richard Campfield and Ultra Bond, Inc., and Defendants State Farm Mutual Automobile Insurance Company and LYNX Services, L.L.C. submit the following proposed order for case management deadlines:

Counsel for the parties have conferred and concluded that, in order to timely meet the pretrial deadlines established by the Final Pretrial Order, the Federal Rules of Civil Procedure, the District of Colorado Local Civil Rules, and Judge Blackburn's Civil Practice Standards, it would be helpful to establish certain interim deadlines. To that end, the parties propose that the following deadlines be established in the case, and request that the Court enter this Order accordingly:

    1.    Deadline to submit joint exhibit list to the Court: December 2, 2005.

    2.    Deadline for the parties to exchange draft jury instructions among themselves: December 8, 2005.

3. Conference among counsel for all parties to discuss stipulations to jury instructions, verdict forms, and the statement of claims and defenses: December 13, 2005.

4. Deadline to file designations of deposition testimony to be used at trial: January 9, 2006.

5. Deadline to file counter-designations of deposition testimony to be used at trial: January 16, 2006.

6. Deadline to redesignate will call witnesses as may call witnesses:

This order is not intended to affect or vary any of the deadlines otherwise established by the Court, including the final jury instruction deadline of December 23, 2005.

SO DONE and ORDERED on this 7th day of November, 2005.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

By: _____
Robert L. Allman
John P. Mitzner
ALLMAN & MITZNER LLC
535 16th Street, Suite 727
Denver, CO 80202
(303) 293-9393

Todd L. Vriesman
MONTGOMERY, KOLODNY,
AMATUZIO & DUSBABEK LLP
475 17th Street, 16th Floor
Denver, CO 80202

Attorneys for Plaintiffs

By: _____
Michael S. McCarthy
John D. Shively
Marie E. Williams
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Telephone: (303) 607-3500

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Margin annotations:
- November 18, 2005.
- 7. Deadline to disclose demonstrative exhibits: January 16, 2006
- 8. In limine motions filed December 30, 2005; responses due 1/13/06.

By: *[signature]*
Richard F. Paciaroni
Jason L. Richey
Kirkpatrick & Lockhart Nicholson Graham
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
(412) 355-6260

Gary E. Parish
Sander Ingebretsen & Parish, P.C.
633 17th Street, Suite 1900
Denver, CO 80202
(303) 285-5303

Attorneys for LYNX Services, L.L.C.

DNVR1:60322625.02