UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00306 REB-BNB

RICHARD CAMPFIELD, individually and d/b/a
ULTRA BOND LICENSING and d/b/a
ULTRA BOND WINDSHIELD REPAIR AND REPLACEMENT; and
ULTRA BOND, INC., a California corporation authorized to do business in Colorado,

      Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation;
LYNX SERVICES, L.L.C., a Kansas limited liability company,

      Defendants.

---

## ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER

---

**Blackburn, J.**

      The matter before me is plaintiffs' **Motion for Reconsideration of Order Granting Summary Judgment** [#233], filed December 27, 2005.  The defendants filed responses [#238] and [#239], on January 17, 2006, and the plaintiffs filed a reply [#243], on February 6, 2006.  I deny the motion.

      Though captioned as a motion to reconsider, the plaintiffs' motion properly is considered as a motion to alter or amend judgment under Fed.R.Civ.P. 59(e).  The bases for granting a motion under Rule 59(e) are limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.  Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law.  It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted).  None of these circumstances pertains here.  Neither plaintiffs' disagreement with my legal conclusions nor the arguments they present in their motion for reconsideration present proper grounds for reconsideration.  Accordingly, their motion must be denied.

**THEREFORE, IT IS ORDERED** that the plaintiffs' **Motion for Reconsideration of Order Granting Summary Judgment** [#233], filed December 27, 2005, is **DENIED**.

Dated September 11, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Court**

2